IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RANDALL BRUCE TURNER, | ) |
| Plaintiff, | ) 3: 12-cv-01339-JO |
| v. | ) |
| MONICA WAHLS, Nurse Practitioner, NORCOR FACILITY OWNERS, CAPTAIN LINDHURST, and MR. WEED, Facility Administrator, | ) ORDER TO DISMISS |
| Defendants. | ) |

JONES, District Judge.

Plaintiff moves to voluntarily dismiss this civil rights action. He advises the Court that he is represented by counsel in another case which raises the same issues as this case and which was recently removed to federal court. See <u>Turner v. Multnomah County, et al.</u>, 3: 12-cv-01851-JO. Accordingly, on good cause

1 - ORDER TO DISMISS

appearing, plaintiff's Motion is GRANTED. <u>See</u> Fed.R.Civ.P. 41(a)(2).

### CONCLUSION

Based on the foregoing, plaintiff's Motion to Voluntarily Dismiss [12] is GRANTED and this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED this 5 day of November, 2012.

_____
Robert E. Jones
United States District Judge

2 - ORDER TO DISMISS